



1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 551-2700

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,     )
                                 )   NO. 2:10-mj-128 EFB
12            Plaintiff,         )
                                 )
13       v.                      )
                                 )   MOTION TO DISMISS
14 MICHAEL SCOTT HEARON,         )   UFAP COMPLAINT AND ORDER
                                 )
15            Defendant.         )
                                 )

17       On May 11, 2010, a complaint was filed against the above
18 defendant for Unlawful Flight to Avoid Prosecution. 18 U.S.C. §
19 1073. Defendant has since been arrested in the District of South
20 Dakota. The government was informed by Deputy U.S. Marshal
21 Brandon E. McMullen, affiant for the complaint, that the California
22 State Attorney General's Office has placed a hold with Hughes
23 County, Pierre, South Dakota. The government requests that this
24 ///
25 ///
26 ///

1 | complaint be dismissed so that the defendant may be turned over to
2 | the local authorities for extradition back to California.
3 | DATED: May 28, 2010            BENJAMIN B. WAGNER
                                   United States Attorney

5 |                        By:    *(signature)*
                                   MICHAEL D. ANDERSON
6 |                                Assistant U.S. Attorney

7 | **IT IS SO ORDERED.**
8 | DATED: May 28, 2010

9 |                                *(signature)*
                                   HONORABLE KENNETH J. NEWMAN
10|                                U.S. Magistrate Judge

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on May 28, 2010, she served a copy of the attached MOTION TO DISMISS UFAP COMPLAINT by placing said copy in a postage-paid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at Sacramento, California.

<u>Addressee(s)</u>:

Federal Defender's Office
801 I Street, 3rd Floor
Sacramento, CA 95814

_____
CARRIE D. QUIRK